**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**DENNIS DOBBS,**   **PETITIONER**

**V.**   **NO. 1:07CV048-M-D**

**CHRISTOPHER EPPS, et al.,**   **RESPONDENTS**

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

The *pro se* Petitioner brings this petition pursuant to 28 U.S.C. § 2254. On January 29, 2008, Magistrate Judge Jerry A. Davis recommended that this petition be dismissed with prejudice as untimely. On February 11, 2008, Petitioner filed an Objection to the Report and Recommendation.

The court finds that Petitioner's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that:

1) the Petitioner's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

3) the petition is DISMISSED; and

4) this case is CLOSED.

SO ORDERED, this the 14th day of February, 2008.

                                             **/s/ MICHAEL P. MILLS**
                                             **CHIEF JUDGE**
                                             **UNITED STATES DISTRICT COURT**
                                             **NORTHERN DISTRICT OF MISSISSIPPI**